IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL L. EAKMAN, JR.<br>   Petitioner<br><br>v.<br><br>UNITED STATES COURT FOR THE<br>WESTERN DISTRICT OF PENNSYLVANIA,<br>UNITED STATES MARSHALS SERVICE,<br>BUREAU OF PRISONS,<br>BUREAU OF PRISONS CCM,<br>   Respondents | )<br>)<br>)<br>)<br>) Civil Action No. 05-1388<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, to-wit, this 16th day of Dec 2006, it is hereby ORDERED that the foregoing Motion to Stay Proceedings Pending the Third Circuit's Decision in <u>Vega v. United States</u>, No. 05-5105, it is GRANTED.

GARY L. LANCASTER
United States District Judge